1  Thomas P. Riley, SBN 194706
   **LAW OFFICES OF THOMAS P. RILEY, P.C.**
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227
   Tel:  626-799-9797
4  Fax:  626-799-9795
   TPRLAW@att.net
5  **Attorneys for Plaintiff**
   **J & J Sports Productions, Inc.**
6
   Mr. Matt R. Leal, SBN 221260
7  **LAW OFFICES OF MATTHEW R. LEAL**
8  P.O. Box 2582
   San Jose, CA 95109
9  Telephone No. (408) 656-5921
   Facsimile No. (408) 872-0453
10 REIDLEAL@yahoo.com
11 Attorneys for Defendant
   **Felipe Ayala**
12
                    UNITED STATES DISTRICT COURT
13              NORTHERN DISTRICT OF CALIFORNIA
                       SAN JOSE DIVISION
14

15 **J & J SPORTS PRODUCTIONS, INC.,**        **CASE NO.  5:12-CV-04830-LHK**
16                 **Plaintiff,**
17                                            **STIPULATION FOR AN ORDER**
                      **v.**                  **CONTINUING CASE MANAGEMENT**
18                                            **CONFERENCE; AND ORDER** ~~(Proposed)~~
19 **FELIPE AYALA,**                          **FOR:  HON. LUCY H. KOH**
20                 **Defendant.**
21

22        **TO THE HONORABLE LUCY H. KOH:**
23        By and through their counsel, Plaintiff J & J Sports Productions, Inc., and Defendant Felipe
24 Ayala, individually and d/b/a Tangos Bar and Cantina hereby agree, stipulate, and respectfully
25 request that this Honorable Court continue the Case Management Conference presently set for January
26 9, 2013 at 2:00 PM.
27        The request for the brief continuance is necessitated by the fact that counsel for the Parties have
28 agreed to extend the time for an Answer to be filed in order to pursue resolution of the action prior to

1 | incurring further an undue litigation expense.

2 |       **WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED

3 | BY THE PARTIES that the Court reschedule Case Management Conference, presently scheduled for

4 | January 9, 2013 at 2:00 PM to a new date approximately Thirty (30) to Forty-Five (45) days forward.

Respectfully Submitted,

Dated: January 2, 2013

/s/ Thomas P. Riley
**LAW OFFICES OF THOMAS P. RILEY**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

Dated: January___, 2013

see attached
**LAW OFFICES OF MATTHEW R. LEAL**
By: Matthew R. Leal
Attorneys for Defendant
Felipe Ayala

///
///
///
///
///
///
///
///
///
///
///
///

1   incurring further an undue litigation expense.

2       **WHEREFORE, IT IS HEREBY** STIPULATED BY AND RESPECTFULLY REQUESTED

3   BY THE PARTIES that the Court reschedule Case Management Conference, presently scheduled for

4   January 9, 2013 at 2:00 PM to a new date approximately Thirty (30) to Forty-Five (45) days forward.

5

6                                          Respectfully Submitted,

7

8

9   Dated: January 2, 2013

10                                      **LAW OFFICES OF THOMAS P. RILEY**
                                        By: Thomas P. Riley

11                                      Attorneys for Plaintiff
                                        J & J Sports Productions, Inc.

12

13

14  Dated: January 2, 2013

15                                        **LAW OFFICES OF MATTHEW R. LEAL**
                                        By: Matthew R. Leal

16                                      Attorneys for Defendant

17                                      Felipe Ayala

18  ///                                   Signed via Fax

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1

## ORDER ~~(Proposed)~~

2    It is hereby ordered that the Case Management Conference in civil action number 5:12-cv-

3   04830-LHK styled *J & J Sports Productions, Inc. v. Felipe Ayala,* is hereby continued from 2:00 PM,

4   January 9, 2013 to   the next available date: March 6, 2013, at 2:00 PM                      .

5

6

7

8   IT IS SO ORDERED:

9

10

11    *Lucy H. Koh*                                    Dated:   1/3/2013

    The Honorable Lucy H. Koh
12   United States District Court
    Northern District of California
13

14   ///
15   ///
16   ///
17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///