UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>FELIPE AYALA,<br><br>Defendants. | Case No.: 12-CV-04830-LHK<br><br>ORDER SUGGESTING STIPULATION OF DISMISSAL |

On February 22, 2013, the Court received notice that the parties have reached a settlement to resolve this action in its entirety. *See* ECF No. 18. Accordingly, by March 22, 2013, the parties shall file a joint stipulation to dismiss this action with prejudice, or a joint statement explaining why the parties are unable to do so.

**IT IS SO ORDERED.**

Dated: February 25, 2013

_____
LUCY H. KOH
United States District Judge