UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC. | ) | Case No.: 12-CV-04830-LHK |
| Plaintiff, | ) | |
| v. | ) | ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| FELIPE AYALA, | ) | |
| Defendant. | ) | |

On February 22, 2013, the Court received notice that the parties have reached a settlement to resolve this action in its entirety. *See* ECF No. 18. On February 25, 2013, the Court issued an Order requiring the parties to file a joint stipulation to dismiss this action with prejudice by March 22, 2013, or a joint statement explaining why the parties are unable to do so. *See* ECF No. 19. In light of the parties' representation that they have reached a settlement to resolve this action, the Court hereby CONTINUES the case management conference scheduled for March 6, 2013, to April 10, 2013, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: March 5, 2013

_____
LUCY H. KOH
United States District Judge