**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., </br></br> Plaintiff, </br> v. </br></br> FELIPE AYALA, </br></br> Defendant. | Case No.: 12-CV-04830-LHK </br></br> ORDER GRANTING MOTION TO STRIKE AFFIRMATIVE DEFENSES |

Plaintiff J & J Sports Productions, Inc. ("Plaintiff") brought this action against Defendant Felipe Ayala ("Ayala"), individually and doing business as Tango's Bar and Cantina, on September 14, 2012. ECF No. 1. On January 14, 2013, Ayala filed an Answer to Plaintiff's complaint in which Ayala asserted seventeen affirmative defenses. *See* ECF No. 16. On January 31, 2013, Plaintiff filed a Motion to Strike all seventeen of the affirmative defenses pursuant to Federal Rule of Civil Procedure 12(f). ECF No. 17. Ayala did not file an opposition to Plaintiff's Motion to Strike. In addition, in the parties' Joint Case Management Statement, Ayala states that he "does not mind if the affirmative defenses are stricken if Defendant's denial of all allegations stands." ECF No. 26, at 3. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for determination without oral argument. Having considered the submissions of the parties and the relevant law, the Court GRANTS Plaintiff's Motion to Strike Affirmative Defenses.

**IT IS SO ORDERED.**

Dated: June 5, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 12-CV-04830-LHK
ORDER GRANTING MOTION TO STRIKE AFFIRMATIVE DEFENSES