UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC.<br><br>            Plaintiff,<br><br>    v.<br><br>FELIPE AYALA,<br><br>            Defendant. | Case No.: 12-CV-04830-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The Court continues the Case Management Conference scheduled for September 25, 2013 at 2 p.m. to December 18, 2013, at 2 p.m. The parties shall file an updated Joint Case Management Statement by December 11, 2013.

**IT IS SO ORDERED.**

Dated: September 20, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 12-CV-04830-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE