Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **CASE NO. 5:12-cv-04830-LHK** |
| Plaintiff, | **STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT FELIPE AYALA, individually and d/b/a TANGOS BAR AND CANTINA** |
| vs. | |
| **FELIPE AYALA,** | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant FELIPE AYALA, individually and d/b/a TANGOS BAR AND CANTINA, that the above-entitled defendant is hereby dismissed **with prejudice** against FELIPE AYALA, individually and d/b/a TANGOS BAR AND CANTINA.

///
///
///
///
///
///
///
///

STIPULATION OF DISMISSAL
5:12-cv-04830-LHK
PAGE 1

1    This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party

2  referenced-above shall bear its own attorneys' fees and costs.

6  Dated:  November 7, 2013          *s/Thomas P. Riley*

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By:  Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

*s/MATT LEAL*

Dated:  November 7, 2013

**LAW OFFICES OF MATTHEW R. LEAL**
By: Matt Reid Leal
Attorneys for Defendant
FELIPE AYALA, individually and d/b/a TANGOS BAR AND GRILL

**IT IS SO ORDERED**:

_____          Dated: December 12, 2013
**The Honorable Lucy H. Koh**
**United States District Court**
**Northern District of California**

**STIPULATION OF DISMISSAL**
**5:12-cv-04830-LHK**
**PAGE 2**

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On November 7, 2013, I caused to serve the following documents entitled:

**STIPULATION OF DISMISSAL OF PLANTIFF'S COMPLAINT AGAINST DEFENDANT FELIPE AYALA, individually and d/b/a TANGOS BAR AND CANTINA**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Mr. Matt Reid Leal, Esquire                              (Attorneys for Defendant)
**LAW OFFICES OF MATTHEW R. LEAL**
315 University Ave
Los Gatos Ca 95030

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on November 7, 2013, at South Pasadena, California.

Dated: November 7, 2013                    ___s/Vanessa Ventura_____
                                           **VANESSA VENTURA**